# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VIVIENNE BEUTELSCHIESS,
et al., on behalf of themselves and
all other similarly situated,

      Plaintiffs,

Case No. 3:23-cv-1010-RKE-JBT

vs.

GATE PETROLEUM COMPANY,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Temporarily Stay Proceedings (Doc. 26) filed on March 20, 2024. Upon consideration, it is hereby

**ORDERED:**

1. The Parties' motion is **GRANTED**.

2. The case is stayed for a period of ninety (90) days.

3. The Parties shall file a status report containing the outcome of mediation, either at the conclusion of mediation or within ninety (90) days of the date of this Order, whichever is sooner.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of March, 2024.

_____
**RICHARD K. EATON**
U.S.D.J., by designation

Copies to:

Counsel of Record