# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VIVIENNE BEUTELSCHIESS,
et al., on behalf of themselves and
all other similarly situated,

       Plaintiffs,

                                             Case No. 3:23-cv-1010-RKE-LLL

vs.

GATE PETROLEUM COMPANY,

       Defendant.
_____/

## ORDER

Before the Court is the parties' Joint Motion to Remand to State Court. Doc. 34. Plaintiffs Vivienne Beutelschiess, Ronda DeGroft, and Brittney Respess and Defendant GATE Petroleum Company, pursuant to 28 U.S.C. § 1447(c), jointly move the Court to remand this action to the Fourth Judicial Circuit in and for Duval County, Florida, from which it was removed on August 25, 2023. The parties agree that there are potential issues related to Plaintiffs' Article III standing that would be mooted by the proposed remand to state court.

"Article III standing is a prerequisite to a federal court's exercise of subject matter jurisdiction." *J W by & through Tammy Williams v. Birmingham Bd. of Educ.*, 904 F.3d 1248, 1264 (11th Cir. 2018) (citing *Susan B. Anthony List v.*

*Driehaus*, 573 U.S. 149, 157 (2014)). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). "[A]ll doubts about jurisdiction should be resolved in favor of remand to state court." *Mack v. USAA Cas. Ins. Co.*, 994 F.3d 1353, 1359 (11th Cir. 2021) (quoting *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 411 (11th Cir. 1999)).

Accordingly, it is hereby

**ORDERED**:

1. This action is remanded to the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida.

2. The Clerk is directed to transmit a copy of this Order to the Clerk of the Fourth Judicial Circuit in and for Duval County, Florida.

3. The Clerk is further directed to terminate any pending motions and deadlines and close this case.

**SO ORDERED.**

_____
**RICHARD K. EATON**
U.S.D.J., by designation

Dated: October 3, 2024
        Jacksonville, FL

Copies to:

Counsel of Record